No. 5.—FRANCIS M. MIZE, claimant, plaintiff in error, vs. HENRY N. ELLS, defendant in error

The claimant is entitled under the Act of 1821, (*Cobb* 533) to withdraw his claim on the first trial and before there has been a verdict for damages awarded against him, at any time before the jury retire from the box.

Claim in Sumter Superior Court. Decision by Judge ALLEN, at March Term, 1857.

The Sheriff of Sumter county, by virtue of a *fi. fa.* issued at the suit of Henry N. Ells *vs.* Mize & Dupree, levied on two billiard tables as the property of defendants.

Francis M. Mize interposed his claim to the property levied on, and the case was submitted to a jury. After the evidence on both sides was closed, and before the jury retired, claimant proposed to submit to a verdict, which being declined, he then moved to withdraw his claim, which the Court refused to allow.

The jury retired and found the property subject to the *fi. fa.*, and twenty per cent. damages on the amount of the debt.

Claimant moved for a new trial, on the ground, that the Court erred in refusing to let claimant withdraw his claim, before the jury had retired to make up their verdict, and because said verdict as to the damages was against the evidence.

The Court refused the motion for a new trial, and claimant excepted.

HUDSON, represented by STUBBS & HILL, for plaintiff in error.

JNO. R. WORRILL, for defendant in error.

*By the Court.*—LUMPKIN, J. delivering the opinion.

By the Act of 1821, (*Cobb* 533,) a party may withdraw his claim once at his own instance, and without the consent

of the plaintiff in execution.    May this privilege be exercised on the first trial, at any time, before the jury have retired to consider of the case?    We see nothing in the statute itself, nor in the reason of the law, which restricts the exercise of this right, as was done by the Court in this case.

Our judgment consequently is, that the decision below be reversed.

Judgment reversed.